## MICHAEL MOURNING *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Mourning's petition for certification for appeal from the Appellate Court, 120 Conn. App. 612 (AC 30744), is denied.

*Wayne A. Francis,* special public defender, in support of the petition.

Decided July 1, 2010

## STATE OF CONNECTICUT *v.* FREDERICK PAYNE

*Christopher Y. Duby,* special public defender, in support of the petition.

*Bruce R. Lockwood,* senior assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 75 (AC 29939), is denied.